AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

MAR 2 2 2018

David J. Bradley, Clerk

| | |
|---|---|
| United States of America<br>v.<br>Juan Guillermo Rivas-Dominguez<br>YOB: 1963, Mexican Citizen<br><br>*Defendant(s)* | )<br>)<br>)  Case No. M-18-0611-M<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 21, 2018__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 United States Code § 952 | Importing into the United States from Mexico approximately 18.56 kilograms of cocaine. |

This criminal complaint is based on these facts:

SEE ATTACHMENT "A"

✓ Continued on the attached sheet.

approved by
AUSA [signature]

_____
Complainant's signature

Mandy Davis, HSI Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 3/22/2018  8:39 a.m.

_____
Judge's signature

City and state: McAllen, Texas

Peter Ormsby, U.S. Magistrate Judge
*Printed name and title*

## Attachment "A"

I, Mandy J. Davis, am a Task Force Officer of the United States Homeland Security Investigations (HSI), and have knowledge of the following facts:

1. On March 21, 2018, Homeland Security Investigations in McAllen, Texas, (HSI McAllen) received a request for investigative assistance from the U.S. Customs and Border Protection Office of Field Operations at the Hidalgo Port of Entry (POE) in Hidalgo, Texas. CBP Officers (CBPOs) detained Juan Guillermo RIVAS-Dominguez (hereafter RIVAS), a citizen of Mexico and B1/B2 visa holder, while attempting to enter the U.S. with approximately 18.56 kilograms (kg) of cocaine concealed within the gas tank of the Ford Five Hundred passenger car he was driving. The vehicle was registered to RIVAS.

2. During primary inbound inspection, CBP Officers (CBPOs) obtained a negative oral declaration for fruits, food, alcohol, tobacco, drugs, weapons and currency over $10,000.00. CBPOs referred RIVAS and the vehicle to secondary inspection due to a strong odor of laundry detergent and tampering in the undercarriage of the vehicle near the heat shield.

3. During secondary inspection, CBPOs conducted a non-intrusive X-Ray inspection and discovered anomalies in the gas tank of the vehicle. A CBP K-9 narcotics detection team conducted a free air inspection which resulted in a positive alert for the odor of narcotics emanating from the vehicle.

4. Inside the gas tank, 17 vacuum sealed and cellophane wrapped packages were discovered. CBPOs field tested the substance inside the packages, which was positive for the characteristics of cocaine.

5. Homeland Security Investigations (HSI), Special Agents (SA) and a Task Force Officer (TFO) responded to the Hidalgo POE to assist in the investigation. HSI SA and TFO interviewed RIVAS who (post-Miranda warning) stated approximately one week ago he was approached by unidentified individuals that wanted to utilize his vehicle for illicit activity. RIVAS was aware that something was concealed inside the vehicle and that these individuals smuggle narcotics, currency and weapons.

6. RIVAS will be charged with Illegal Importation of a Controlled Substance, in violation of 21 USC § 952.